# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

147198

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DAMIAN LANG,
        Plaintiff-Appellant,

v

                               SC: 147198
                               COA: 307141
                               Oakland CC: 2010-115921-CH

GREENPOINT MORTGAGE FUNDING,
        Defendant-Appellee,
and

CAROL WALSH and STARPOINTE
MORTGAGE,
        Defendants.

_____/

      On order of the Court, the application for leave to appeal the April 23, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013

Clerk

t0826